```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANGEL ALVAREZ,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :    11-CV-5464 (JPO)
            -v-                                             :
                                                            :    VERDICT FORM #1
THE CITY OF NEW YORK,                                       :
DOUGLAS BRIGHTMAN,                                          :
THOMAS COZART,                                              :
PAUL KERRIGAN,                                              :
MICHAEL TEDESCHI,                                           :
PHILIP TERPOS,                                              :
                                                            :
                              Defendants.  X
------------------------------------------------------------
```

[SEP 29 2016 filing stamp]

## PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS

*All Answers Must Be Unanimous*

**Question 1:**

Do you find that plaintiff has proven by a preponderance of the evidence that defendants intentionally or recklessly subjected him to excessive force?

a. Douglas A. Brightman      YES _____   NO __√__

b. Thomas M. Cozart          YES __√__   NO _____

c. Paul Kerrigan             YES __√__   NO _____

d. Michael T. Tedeschi       YES __√__   NO _____

e. Philip Terpos             YES _____   NO __√__

If you answered "NO" for ALL defendants to Question 1, your deliberations are finished.
If you answered "YES" for ANY defendant to Question 1, proceed to Questions 2, 3, and 4.

**Question 2:**

Did plaintiff prove by a preponderance of the evidence that he sustained any injury or harm that was proximately caused by any of the defendants?

   a. Douglas A. Brightman       YES _____   NO ✓
   b. Thomas M. Cozart           YES ✓        NO _____
   c. Paul Kerrigan              YES ✓        NO _____
   d. Michael T. Tedeschi        YES ✓        NO _____
   e. Philip Terpos              YES _____   NO ✓

**Question 3:**

Did plaintiff prove by a preponderance of the evidence that he suffered any compensatory damages as a result of the injury or harm proximately caused by any of the defendants?

YES _____   NO ✓

If yes, in what amount?

$ _____

If no, you are required to enter an award of nominal damages in an amount not to exceed one dollar ($1.00):

$ 1.00

**Question 4:**

Did plaintiff prove by a preponderance of the evidence that he is entitled to punitive damages against any of the defendants?

   a. Douglas A. Brightman       YES _____   NO ✓
   b. Thomas M. Cozart           YES _____   NO ✓
   c. Paul Kerrigan              YES _____   NO ✓
   d. Michael T. Tedeschi        YES _____   NO ✓
   e. Philip Terpos              YES _____   NO ✓

If yes, what amount of punitive damages do you award?

    a.  Douglas A. Brightman         $ _____

    b.  Thomas M. Cozart           $ _____

    c.  Paul Kerrigan               $ _____

    d.  Michael T. Tedeschi        $ _____

    e.  Philip Terpos               $ _____

**Your deliberations are finished. Please sign and date the verdict form and tell the marshal that the jury has reached a verdict.**

After completing the form, each juror who agrees with this verdict must sign below:

_____  _____
Foreperson

_____  _____

_____  _____

_____  _____

Dated: 9-28-16

After completing the form, each juror who agrees with this verdict must sign below:

_____      _____
Foreperson

_____      _____

_____      _____

_____      _____

Dated:    9-28-16