Ct Ex 6
9/28/16
5:25 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGEL ALVAREZ,

         Plaintiff,

       -v-

THE CITY OF NEW YORK,
DOUGLAS BRIGHTMAN,
THOMAS COZART,
PAUL KERRIGAN,
MICHAEL TEDESCHI,
PHILIP TERPOS,

         Defendants. X
------------------------------------------------------------

11-CV-5464 (JPO)

VERDICT FORM #2

*(USDC SDNY stamp: FILED SEP 29 2016)*

## PLEASE CHECK (√) YOUR ANSWERS AND FILL IN THE BLANKS

*All Answers Must Be Unanimous*

**Question 1:**

 Do you find by a preponderance of the evidence that plaintiff had control of a firearm at any point during the incident?

 YES _____ NO __X__

**Question 2:**

 Do you find by a preponderance of the evidence that any of the defendants believed reasonably, even if mistakenly, that plaintiff had control of a firearm and posed a significant threat of death or serious physical injury at any point during the incident?

 YES __X__ NO _____

 If yes, which defendants:

   a. Thomas M. Cozart   YES __X__ NO _____

   b. Paul Kerrigan    YES __X__ NO _____

1

     c. Michael T. Tedeschi        YES __X__ NO _____

**Question 3:**

Do you find by a preponderance of the evidence that any of the defendants continued to shoot at plaintiff after it was no longer reasonable to believe that plaintiff posed a significant threat of death or serious physical injury?

YES __X__ NO _____

If yes, which defendants:

    a. Thomas M. Cozart        YES __X__ NO _____

    b. Paul Kerrigan           YES __X__ NO _____

    c. Michael T. Tedeschi       YES __X__ NO _____

2

After completing the form, each juror who agrees with this verdict must sign below:

_____        _____
Foreperson

_____        _____

_____        _____

_____        _____

Dated:    9-28-16

3